

# CORRECTED MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00499-CR

CHRISTOPHER ERNEST BRAUGHTON, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 228th District Court of Harris County.  (Tr. Ct. No. 1389139).

**TO THE 228TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 14th day of July 2015, the case upon appeal to revise or to reverse your order was determined.  This Court made its order in these words:

> This case is an appeal from the order signed by the court on April 20, 2015.  After submitting the case on the appellate record, the Court holds that the trial court's order contains no reversible error.  Accordingly, the Court **affirms** the trial court's order.

> The Court **orders** that this decision be certified below for observance.

Judgment rendered July 14, 2015.

Panel consists of Justices Keyes, Huddle, and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 2, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

